UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant for                    1:12-mj- 39
Computer servers at Google,                 UNDER SEAL - LEVEL I
an e-mail provider located
at 1600 Amphitheatre Parkway,
Mountain View, CA 94043

**18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER**

The Court, having considered the Motion filed by the government seeking an extension of the Order precluding Google from notifying any person of the existence of the Search Warrant pertaining the e-mail accounts ZZSEC.PHARMA@GMAIL.COM, JESS.PHARMA@GMAIL.COM, PHARMA.SWASTIK@GMAIL.COM, SATHEESHKPILLAI@GMAIL.COM, RENUMED@GMAIL.COM, MIKESUPMAN@GMAIL.COM, LIZ.SUPPLIERS@GMAIL.COM ALEX.SUPPLIERS@GMAIL.COM, MARIAMEDEXLTD@GMAIL.COM, M@MEDIAXP.COM, BULKORDERSONLINE@GMAIL.COM, ACOOPER.VANESSA@GMAIL.COM, MROBINSON225@GMAIL.COM, NANCYD1979@GMAIL.COM, MIKE.SUPPLIERS@GMAIL.COM, and JOHNG.PMEDS@GMAIL.COM, finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Google shall not notify any person of the existence of the Search Warrant, for an additional period of one hundred eighty (180) days.

May 8, 2012

_____
Landya B. McCafferty
United States Magistrate Judge